IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE, individually and
on behalf of all similarly situated
persons,

        Plaintiff,

v.                                          Cause No.  CV-2015-0738 MV/LAM

FREEPORT-McMORAN, INC. f/k/a,
FREEPORT-McMORAN COPPER &
GOLD, INC., a Delaware Corporation,

        Defendant.

CERTIFICATE OF SERVICE

        COMES NOW Plaintiff, William Eagle, in the above referenced matter, by and through his counsel of record, the Law Offices of James P. Lyle, P.C. (James P. Lyle) and hereby certifies that on the 12th day of January, 2016, said Plaintiff served, via first class mail, postage paid, his Initial Disclosures to Defendant c/o George R. McFall, Esquire, Modrall Sperling Roehl Harris & Sisk, P.A. , P.O. Box 2168, Albuquerque, NM 87103-2168, counsel for said Defendant.  A copy of this Certificate of Service for the same has been served through its filing with the CM/ECF court filing system.

        Respectfully submitted,

        LAW OFFICES OF JAMES P. LYLE, P.C.

        /s/   James P. Lyle, Attorney
        James P. Lyle
        Attorney for Plaintiff William Eagle
        1116 2nd Street, N.W.
        Albuquerque, NM 87102
        (505) 843-8000 / (505) 843-8043 - Facsimile